IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MELVIN HAWTHORNE                                                                PLAINTIFF

        v.                    Civil No. 6:09-cv-06006

CAPTAIN MEL STEED,
Garland County Detention Center;
and SHERIFF LARRY SANDERS,
Garland County, Arkansas                                                        DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Melvin Hawthorne (hereinafter Hawthorne) filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on January 13, 2009. His complaint was filed *in forma pauperis*.

Defendants filed a motion for summary judgment (Doc. 15). On July 12, 2010, I entered an order (Doc. 18) directing Hawthorne to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

Hawthorne's response to the questionnaire was to be returned by August 5, 2010. To date, Hawthorne has failed to respond to the questionnaire. The Court's order and attached questionnaire have not been returned as undeliverable. The order was mailed to the same address as the Court's prior orders. Hawthorne has not informed the court of any change in his address.

I therefore recommend Hawthorne's claims be dismissed on the grounds he has failed to prosecute this action and to comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of August 2010.

                                              /s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              UNITED STATES MAGISTRATE JUDGE