```
       IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
                HOT SPRINGS DIVISION
```

MELVIN HAWTHORNE                                      PLAINTIFF

    V.                    Civil No. 09-6006

CAPTAIN MEL STEED, Garland
County Detention Center and
SHERIFF LARRY SANDERS,
Garland County, Arkansas                              DEFENDANTS

## O R D E R

On this 10th day of September 2010, there comes on for consideration the report and recommendation filed in this case on August 18, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 19). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court.  *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge